■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LESSER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CORTI, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDI HOHENBERGER, Defendant.— [In each action] Time to perfect appeal extended for 90 days. Motion in all other respects denied.

■ (A) In the Matter of the Claim of BENJAMIN FISHMAN, Respondent, v. IRVING BOYARSKY et al., Doing Business as BAYARD MOTOR CO., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of MAURICE F. O'CONNELL et al., Petitioners, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, et al., Respondents. (C) In the Matter of the Claim of ANNA E. ESPERSON, Respondent, v. GOWANDA STATE HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of ROBERT SILVERLIEB, an Infant.— [In each action] Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs.

■ MUNICIPAL SERVICE COMPANY, Respondent v. TOWN OF COLONIE, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of the Claim of GEORGE ALLEN and KENNETH A. FISHER et al., Appellants-Respondents, v. NEW WORLD BUILDING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. In the Matter of the Claim of BUREN PHILLIPS and KENNETH A. FISHER et al., Appellants-Respondents, v. CHARLES E. VAGELE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion by the attorneys for employer, New World Building Corporation and others, addressed to the allowance of costs on review, granted. Settle order.

■ BELOTTE AND NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Motion adjourned to January 23, 1961. Appellant on or before that date to show precise proof as to the status of the preparation of the record, including correspondence with the official stenographer.

■ In the Matter of the Dissolution of CLEMENTE BROS. INC. SALVATORE F. CLEMENTE, Respondent; CLEMENTE BROS. INC., et al., Appellants.-- Order settled.

■ SIMON CRUZ, Appellant, v. W. WALLOH CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to compel the Workmen's Compensation Board to accept notice of appeal denied, without costs.

■ ROBERT FOXLUGER et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 34544.) — Decision, handed down December 30, 1960 (ante, p. 716), insofar as it denied permission to appeal as a poor person rescinded and motion to prosecute appeal as a poor person granted.

■ W. K. EWING COMPANY, INCORPORATED, Respondent, v. NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Appellant.— Appeal dismissed, without costs, unless appellant shall file and serve brief and note of issue on or before February 13, 1961 and is ready for argument at the term to commence March 13, 1961 in which event the motion is denied.